...

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS REYES ZEPEDA,<br><br>        Plaintiff,<br><br>  v.<br><br>EMC MORTGAGE CORPORATION, DOES I THROUGH X INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 09-464-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 24, 2009

                                        /s/ Virginia A. Phillips<br>
                                        VIRGINIA A. PHILLIPS<br>
                                   United States District Judge